NUMBER
13-06-166-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

___________________________________________________________________

 

                  IN RE: GUIDANT CORPORATION, ET AL.

___________________________________________________________________

 

                      On Petition for Writ of Mandamus

 ___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                 Before
Justices Hinojosa, Yañez, and Garza

Memorandum
Opinion Per Curiam

 

Relators, Guidant Corporation, et al., filed a petition for writ of
mandamus in this Court on April 10, 2006. 
On the same, date, relators filed a motion to dismiss the mandamus
action.  In their motion, relators state
that the issues raised by this mandamus proceeding are now moot.  Accordingly, relators request that this
mandamus action be dismissed.








          The Court, having
considered the documents on file and relators= motion to dismiss mandamus action, is of the
opinion that the motion should be granted. 
Relators= motion to dismiss is
granted, and the petition for writ of mandamus is hereby DISMISSED.

PER CURIAM

Memorandum Opinion
delivered and filed this

the 18th
day of April, 2006.